# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-WSL-1003
Owner:  Las Milpas, LLC
Acres:  0.892

**Being** a 0.892 of one acre (38,855 square feet) parcel of land, more or less, being out of the Jose Felix Hinojosa Survey, Abstract No. 39, Porcion 66, Hidalgo County, Texas, being out of Lot 4, Block 27 of Steele and Pershing Subdivision recorded in Volume 8, Page 114, Deed Records of Hidalgo County, Texas, and being out of a called 7.91 acre tract conveyed to Las Milpas, LLC by Warranty Deed #2010-2142107 recorded in the Official Records of Hidalgo County, Texas (Tract II), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 5/8" rebar with an aluminum disk capped survey marker stamped with the following description: "Texas Department of Transportation" at the southwest corner of the 7.91 acre tract, said point being in the north line of a called 1.5 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 173, Page 157, Deed Records of Hidalgo County, Texas (Second Tract), said point having the coordinates of N=16558384.974, E=1069746.054, said point bears S 77°09'04" W, a distance of 2675.78' from United States Army Corps of Engineers Control Point No. 108;

**Thence:** N 04°11'01" E (N 08°34'28 E", Record), departing the north line of the 1.5 acre tract, with the west line of the 7.91 acre tract, for a distance of 446.12' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV- WSL-1002-3=1003-1" for the **Point of Beginning** and southwest corner of Tract RGV-WSL-1003, said point being in the west line of the 7.91 acre tract, said point having the coordinates of N=16558829.908, E=1069778.601;

**Thence:** N 04°11'01" E (N 08°34'28 E", Record), continuing with the west line of the 7.91 acre tract, passing at 5.93' the south line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 436, Page 614, Deed Records of Hidalgo County, Texas ("126-H"), continuing for a total distance of 75.65' to a point for the northwest corner of Tract RGV-WSL-1003, said point being at the northwest corner of the 7.91 acre tract, said point being in the south line of a called 3.86 acre tract conveyed to Hidalgo County Water Improvement District No. Two recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Lateral A, First Tract"), said point being within the "126-H" river levee right- of-way;

## SCHEDULE C (Cont.)

**Thence:** N 89°57'33" E (N 89°57'53" E, Record), with the south line of the 3.86 acre tract and the north line of the 7.91 acre tract, over and across the "126-H" river levee right-of-way, for a distance of 684.68' (634.70', Record) to a point for the northeast corner of Tract RGV-WSL- 1003, said point being at the northeast corner of the 7.91 acre tract and the northwest corner of the remainder of a called 2.0 acre tract conveyed to Manuel Rodriguez, Jr. by Quitclaim Deed recorded in Instrument No. 1996-543919, Official Records of Hidalgo County, Texas, said point being in the south line of the 3.86 acre tract, said point being within the "126-H" river levee right-of-way;

**Thence:** S 04°13'13" W (S 08°23'40" W, Record), departing the south line of the 3.86 acre tract, with the east line of the 7.91 acre tract and the west line of the remainder of the 2.0 acre tract, over and across the "126-H" river levee right-of-way, for a distance of 41.79' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1003-4=1035-1" for the southeast corner of Tract RGV-WSL-1003, said point being in the east line of the 7.91 acre tract and the west line of the remainder of the 2.0 acre tract, said point being within the "126-H" river levee right-of-way;

**Thence:** departing the west line of the remainder of the 2.0 acre tract, over and across the 7.91 acre tract and the "126-H" river levee right-of-way, the following courses and distances:

-   S 89°38'40" W, for a distance of 384.94' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1003-5" for a southerly interior corner of Tract RGV-WSL-1003;
-   S 00°21'20" E, passing at 26.37' the south line of the "126-H" river levee right-of-way, continuing for a total distance of 30.00' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1003-6" for a southerly exterior corner of Tract RGV-WSL-1003;
-   S 89°38'40" W, for a distance of 302.38' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 77°09'04" W | 2675.78' | N/A | N/A |
| L2 | N 04°11'01" E | 446.12' | N 08°34'28" E | N/A |
| L3 | N 04°11'01" E | 75.65' | N 08°34'28" E | N/A |
| L4 | N 89°57'33" E | 684.68' | N 89°57'53" E | 634.70' |
| L5 | S 04°13'13" W | 41.79' | S 08°23'40" W | N/A |
| L6 | S 89°38'40" W | 384.94' | N/A | N/A |
| L7 | S 00°21'20" E | 30.00' | N/A | N/A |
| L8 | S 89°38'40" W | 302.38' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16558829.908 | 1069778.601 | RGV-WSL-1002-3=1003-1 |
| 2 | 16558905.360 | 1069784.120 | RGV-WSL-1002-2=1003-2 |
| 3 | 16558905.849 | 1070468.802 | RGV-WSL-1003-3=1035-2 |
| 4 | 16558864.174 | 1070465.726 | RGV-WSL-1003-4=1035-1 |
| 5 | 16558861.785 | 1070080.790 | RGV-WSL-1003-5 |
| 6 | 16558831.785 | 1070080.977 | RGV-WSL-1003-6 |
| 7 | 16558384.974 | 1069746.054 | POC RGV-WSL-1003 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 09/12/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



MDS | LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729 SIDNEY BAKER, SUITE B • KERRVILLE, TX 78028 • 830-816-1818

| METES & BOUNDS SURVEY |
|------------------------|
| Las Milpas, LLC |
| TRACT No. RGV-WSL-1003 |
| HIDALGO COUNTY                          TEXAS |





B&F ENGINEERING, INC.

MDS PROJ. NO. 18-206-00      FILE NAME: RGV-WSL-1003      DATE: 3/19/2020

## SCHEDULE D (Cont.)



Tract:  RGV-WSL-1003
Owner:  Las Milpas, LLC
Acreage:  0.892

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-1003
Owner:  Las Milpas, LLC
Acres:  0.892


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of lands identified in Warranty Deed, Instrument No. 2010-2142107, Official Records of Hidalgo County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY-EIGHT THOUSAND, ONE HUNDRED, AND FIFTY EIGHT DOLLARS AND NO/100 ($28,158.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Las Milpas, LLC**<br>208 Lindberg Avenue<br>McAllen, Texas  78501 | **RGV-WSL-1003**<br>Warranty Deed Dated September 24, 2010, and Recorded September 28, 2010 as Document # 2010-2142107; Deed Records of Hidalgo County |
| **Texas National Bank** or its successor/assignee<br>201 S. Texas<br>Mercedes, Texas 78750 | **RGV-WSL-1003**<br>Deed of Trust, Security Agreement and Financing Statement Dated February 10, 2012 and Recorded February 21, 2012 as Document # 2012-2282962; Deed Records of Hidalgo County<br><br>Assignment of Leases and Rents Dated February 10, 2012 and Recorded February 21, 2012 as Document # 2012-2282963; Deed Records of Hidalgo County<br><br>Deed of Trust, Security Agreement and Financing Statement Dated February 10, 2012 and Recorded February 21, 2012 as Document # 2012-2282965; Deed Records of Hidalgo County |
| **Pablo "Paul" Villareal, Jr.**<br>2804 S. Business Hwy 281<br>Edinburg, Texas  78539 | **RGV-WSL-1003**<br>Hidalgo County Tax Assessor |