IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CASE NO. 7:20-CV-248 |
| § | |
| 0.892 ACRES OF LAND, MORE OR § | |
| LESS, SITUATE IN HIDALGO COUNTY, § | |
| STATE OF TEXAS; AND LAS MILPAS, § | |
| L.L.C., § | |
| § | |
| *Defendants.* § | |

_____

**ORDER**
_____

**THIS CAUSE** is before the Court on the Notice of Disclaimer, filed by Plaintiff, regarding the Disclaimer executed by **HIDALGO COUNTY, PABLO (PAUL) VILLARREAL JR. TAX ASSESSOR-COLLECTOR** (Docket Entry #_____). After reviewing the Disclaimer and the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

Defendant, **HIDALGO COUNTY, PABLO (PAUL) VILLARREAL JR. TAX ASSESSOR-COLLECTOR**, is hereby **DISMISSED** from this cause.

**DONE AND ORDERED** this _____ day of _____, 20_____.

_____
**RANDY CRANE**
United States District Judge